# MICHAEL HUESTON
## ATTORNEY AT LAW

350 FIFTH AVENUE, SUITE 4810
EMPIRE STATE BUILDING
NEW YORK, NEW YORK 10118

Tel: (212) 643-2900
Fax: (212) 643-2901
Email: mhueston@nyc.rr.com

ADMITTED NY

By ECF and Facsimile (718) 613-2365
The Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Lucas v. City of New York, et al., 08 CV 4752 (FB) (CLP)

Your Honor:

On behalf of the parties, I request an adjournment of our April 21, 2009 conference without an adjourn date. This is the parties' first request for an adjournment of the conference. This request is necessary because the criminal case underlying this matter has been adjourned for trial to April 23, 2009 in Kings County Criminal Court, and the defendants cannot engage in settlement negotiations until there is a disposition of the criminal matter. The parties propose, it would be best, to contact the Court after April 23, 2009, and then schedule a new conference date at that time.

Respectfully submitted,

Michael O. Hueston

Cc: Morgan D. Kunz, Esq. (by ECF and facisimile)

Request Granted.
Conference Adjourned to May 18th at 11:00 am

SO ORDERED. U.S. Magistrate Judge